# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PAMELA HENKEL HAYES

VERSUS

CHARLES KEVIN HAYES

NO.   2022 CW 0654

**AUGUST 29, 2022**

---

In Re:   Charles Kevin Hayes, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 228042.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.**   The writ application is dismissed pursuant to relator, Charles Kevin Hayes', motion to dismiss advising that the parties have amicably resolved the matter which was the subject of the writ application, and moving to dismiss the writ application.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT